■ In the Matter of STEVEN ROBINSON, Petitioner, v DAVID J. SWARTS, Respondent. [919 NYS2d 34]—

The record demonstrates that the findings of the administrative law judge are supported by substantial evidence (*see Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 231-232 [1974]; *Matter of Sharf v New York State Dept. of Motor Vehicles*, 74 AD3d 978 [2010]). The evidence adduced at the hearing demonstrated that the police had reasonable grounds to believe that the petitioner had been driving in violation of Vehicle and Traffic Law § 1192, that the police lawfully arrested the petitioner, that the police gave the petitioner sufficient warning of the consequences of refusing to submit to a chemical test, and that the petitioner refused to submit to the chemical test (*see* Vehicle and Traffic Law § 1194 [2] [c]; *Matter of Sharf v New York State Dept. of Motor Vehicles*, 74 AD3d at 978; *Matter of Liebel v Jackson*, 261 AD2d 474 [1999]). The variance between the testimony of the arresting officer and that of the petitioner presented an issue of credibility to be resolved by the administrative law judge (*see generally Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444 [1987]; *Matter of Eyrich v Jackson*, 267 AD2d 237 [1999]; *Matter of Galante v Commissioner of Motor Vehs. of State of N.Y.*, 253 AD2d 763, 764 [1998]). Skelos, J.P., Eng, Belen and Lott, JJ., concur.